IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAKESH VERMA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5389

Opinion filed February 3, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction.

Rakesh Verma, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is dismissed as unauthorized. See Logan v. State, 846 So. 2d 472 (Fla. 2004).

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.